1
2
3
4
5
6
7
8

**FILED**
CLERK, U.S. DISTRICT COURT

NOV 2 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 10-00790 RGK |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| JUAN CASAS MURILLO | ) |
| | ) |
| Defendant. | ) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  (✓)  the appearance of defendant as required; and/or
   (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will refrain from criminal conduct or comply w/conditions

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/conditions of release. Also, defendant's illegal status + lack of bail resources establish risk of flight.

IT IS ORDERED that defendant be detained.

DATED: 11/26/14

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE